# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Anthony Wayne Pandolfo, ) | Case No. 1:24-cr-076 |
| ) | |
| Defendant. ) | |

The court previously determined that Defendant qualified for representation under 18 U.S.C. § 3006A and appointed attorney Bradley Scott Rose to represent Defendant in this matter. (Doc. No. 7).

On May 29, 2024, Defendant's retained counsel, attorney Peter Wold, entered an appearance on Defendant's behalf. (Doc. No. 9). Defendant's retained counsel is substituted as counsel of record for Defendant in this matter. Attorney Bradley Scott Rose is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 31st day of May, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court