# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER RESCHEDULING PRETRIAL** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:24-cr-076 |
| Anthony Wayne Pandolfo, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned previously scheduled a pretrial status conference with counsel by telephone on October 15, 2024, to discuss, among other things, the viability of the current trial date. The status conference shall be rescheduled for March 18, 2025, at 9:15 AM by telephone. To participate, counsel shall call (571)353-2301 and enter "Caller ID" 292466149. Counsel are strongly encouraged to consult with each other prior to the conference. This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court